COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



MEMORANDUM ORDER

Appellate case name:      In re City of Houston

Appellate case number:    01-13-00200-CV

Trial court case number:  2011-01184

Trial court:              269th District Court of Harris County

Relator's motion for temporary relief, filed March 8, 2013, is granted. The trial court's February 20, 2013 order granting the motions for new trial in Cause No. 2011-01184, *Lashonda Rochelle v. City of Houston*, in the 269th District Court of Harris County, Texas, which was consolidated with Cause No. 2011-13741, *Mattie Etubom v. City of Houston*, originally filed in the 55th District Court of Harris County, Texas, is stayed until further order of this court.

The petition for writ of mandamus remains pending before this court.

It is so ORDERED.

Judge's signature: /s/ Michael Massengale
                   ✖ Acting individually      ☐ Acting for the Court

Date: March 21, 2013